IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| SAVIOR ASSOCIATES, ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED, | ) ) ) CIVIL ACTION NO. 0:13-cv-60492 |
| PLAINTIFF, | ) |
| VS. | ) |
| C. LOURENCO GONCALVES, JOHN T. BALDWIN, ERIC L. PRESS, M. ALI RASHID, MATTHEW R. MICHELINI, LARRY K. POWERS, MARK A. SLAVEN, RELIANCE STEEL & ALUMINUM CO., METALS USA HOLDINGS CORP., AND APOLLO MANAGEMENT V, L.P. | ) |
| DEFENDANTS. | ) |

**STIPULATION AND NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between all parties to the above captioned action (this "Action") that given the pendency of a proposed settlement in a similar action pending in the Circuit Court for the 17th Judicial Circuit for Broward County, Florida captioned *Edwards v. Metals USA Holdings Corp., et. al.*, Case No. CACE13003979 (the "*Edwards* Action"), this Action is dismissed with prejudice, subject to the limitation described in the following paragraph.

In the event that the proposed settlement of the *Edwards* action is not approved by the state court, Plaintiff shall have the right to pursue on behalf of the putative class the claims asserted in this Action; *provided*, however, that Plaintiff shall pursue such claims only in a new action to be commenced by Plaintiff in the 17th Judicial Circuit for Broward County, Florida.

1

**IT IS SO STIPULATED THIS 17 DAY OF MAY, 2013**

        VIANALE & VIANALE LLP

        By: _____
        Julie Prag Vianale (Fla. Bar No. 184977)
        2499 Glades Road, Suite 112
        Boca Raton, Florida 33431
        Telephone: (561)392-4750
        Email: jvianale@vianalelaw.com

        Richard B. Brualdi (admitted *pro hac vice*)
        THE BRUALDI LAW FIRM, P.C.
        29 Broadway, Suite 2400
        New York, New York 10006
        Telephone: (212) 952-0602
        Email: rbrualdi@brualdilawfirm.com
        ***Counsel for Plaintiff Savior Associates***


        HOLLAND & KNIGHT, LLP

        By: /s/
        Curtis S. Alva (Fla. Bar No. 178993)
        Louise McAlpin (Fla. Bar No. 983810)
        HOLLAND & KNIGHT, LLP
        222 Lakeview Avenue, Suite 1000
        West Palm Beach, Florida 33401
        Telephone: (561) 833-2000
        Email: curtis.alva@hklaw.com
                louise.mcalpin@hklaw.com

        William Savitt (admitted *pro hac vice*)
        Bradley R. Wilson (admitted *pro hac vice*)
        WACHTELL, LIPTON, ROSEN & KATZ
        51 West 52nd Street
        New York, NY 10019
        Telephone: (212) 403-1000
        Email: wdsavitt@wlrk.com
                brwilson@wlrk.com
        ***Counsel for Defendants C. Lourenco Goncalves, John T. Baldwin, Eric L. Press, M. Ali Rashid, Matthew R. Michelini, Larry K. Powers, Mark A. Slaven, Reliance Steel & Aluminum Co., Metals USA Holdings Corp., and Apollo Management V, L.P.***

2

GREENBERG TRAURIG, P.A.

By: _____
Glenn E. Goldstein (Fla Bar No. 435260)
Brian Howard Koch (Fla Bar No. 637335)
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, Florida 33301
Telephone: (954) 765-0500
Email: goldsteing@gtlaw.com
        kochb@gtlaw.com

Neal Potischman (admitted *pro hac vice*)
Samantha Knox (admitted *pro hac vice*)
DAVIS, POLK & WARDWELL, LLP
1600 El Camino Real
Menlo Park, CA 94025
Telephone: (650) 752-2000
Email: neal.potischman@davispolk.com
        samantha.knox@davispolk.com
***Counsel for Reliance Steel & Aluminum Co.***

IT IS SO STIPULATED THIS 17th DAY OF MAY, 2013

                        VIANALE & VIANALE LLP

                        By: *[signature]*
                        Julie Prag Vianale (Fla. Bar No. 184977)
                        2499 Glades Road, Suite 112
                        Boca Raton, Florida 33431
                        Telephone: (561)392-4750
                        Email: jvianale@vianalelaw.com

                        Richard B. Brualdi (admitted *pro hac vice*)
                        THE BRUALDI LAW FIRM, P.C.
                        29 Broadway, Suite 2400
                        New York, New York 10006
                        Telephone: (212) 952-0602
                        Email: rbrualdi@brualdilawfirm.com
                        ***Counsel for Plaintiff Savior Associates***


                        HOLLAND & KNIGHT, LLP

                        By: _____
                        Curtis S. Alva
                        Louise McAlpin
                        HOLLAND & KNIGHT, LLP
                        222 Lakeview Avenue, Suite 1000
                        West Palm Beach, Florida 33401
                        Telephone: (561) 833-2000
                        Email: curtis.alva@hklaw.com
                               louise.mcalpin@hklaw.com

                        William Savitt (admitted *pro hac vice*)
                        Bradley R. Wilson (admitted *pro hac vice*)
                        WACHTELL, LIPTON, ROSEN & KATZ
                        51 West 52nd Street
                        New York, NY 10019
                        Telephone: (212) 403-1000
                        Email: wdsavitt@wlrk.com
                               brwilson@wlrk.com
                        ***Counsel for Defendants C. Lourenco Goncalves, John T. Baldwin, Eric L. Press, M. Ali Rashid, Matthew R. Michelini, Larry K. Powers, Mark A. Slaven, Reliance Steel & Aluminum Co., Metals USA Holdings Corp., and Apollo Management V, L.P.***