UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-60492-Civ-SCOLA

Savior Associates,

    Plaintiff,
vs.

C. Lourenco Goncalves, John T. Baldwin,
Eric L. Press, M. Ali Rashid, Matthew R. Michelini,
Larry K. Powers, Mark A. Slaven,
Reliance Steel & Aluminum Co., Metals USA Holdings Corp.,
and Apollo Management V, L.P.,

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CASE has been dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Joint Stip. For Dismissal With Prejudice, ECF No. 78).  The Clerk shall **CLOSE** this case.  All pending motions, if any, are **DENIED** as moot.

**DONE and ORDERED** in chambers, at Miami, Florida on May 20, 2013.

                                              ROBERT N. SCOLA, JR.
                                              UNITED STATES DISTRICT JUDGE